# Court of Appeals
# of the State of Georgia

ATLANTA,____June 28, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16E0033. DAVID LEE COBBLE v. THE STATE.**

David Lee Cobble has filed a motion under Court of Appeals Rule 40 (b) asking this court to order that the trial court expedite the transmission of the record in this appeal challenging his conviction on a misdemeanor offense. He argues that, without such expedition, his appeal will become moot because he will have completed his one-year sentence. But "[i]t has long been our precedent that we have jurisdiction to decide challenges to convictions brought by defendants who have completed their sentences, so that they may seek to redress legal grievances flowing from allegedly void convictions and thereby hope to escape lifelong adverse collateral consequences." *Jayko v. State*, 335 Ga. App. 684, 685 (782 SE2d 788) (2016) (citations and punctuation omitted). Accordingly, it is not necessary for us to exercise our inherent power to issue an order under Rule 40 (b) to preserve our jurisdiction or prevent the contested issue from becoming moot. We hereby DENY Cobble's motion.



Court of Appeals of the State of Georgia

Clerk's Office, Atlanta,_____06/28/2016_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*